**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**(1) DESHONE MONTEZ GAMBONE**

§
§
§
§
§
§
§

**CRIMINAL NO. 6:21-CR-00081-ADA**

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland. Dkt. 72. The report recommends that the Defendant's term of supervised release be revoked and that he be sentenced to six (6) months imprisonment with credit for time served and with no term of supervised release to follow. *Id.* at 4. The report was filed on January 29, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). On January 29, 2026, both parties waived their right to object to the report and recommendation. Dkt. 71.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 72) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's term of supervised release is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that Defendant is hereby sentenced to six (6) months imprisonment with credit for time served and with no term of supervised release to follow.

**SIGNED** this 30th day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE